# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MELODY YIRU, aka SHI YIRU, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:17-CV-02155-S |
| | § | |
| WORLDVENTURES HOLDINGS, LLC, *et al.*, | § § § | |
| | § | |
| Defendants. | § § § | |

## NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR WOLDVENTURES MARKETING, LLC AND RELATED ENTITIES

PLEASE TAKE NOTICE that, on December 21, 2020, Defendant WorldVentures Marketing, LLC, and certain of its subsidiaries and affiliates (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court"). The Debtors' Chapter 11 cases are pending before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, and joint administration has been requested under the lead case. A copy of the voluntary petition of the lead Debtor is filed herewith.

Dated: December 24, 2020

Respectfully submitted,

/s/ *Blake J. Lindemann*
BLAKE J. LINDEMANN
California Bar No. 255747
E-mail: blake@lawbl.com
**LINDEMANN LAW FIRM, APC**
(*pro hac vice*)
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone No: 310-279-5269
Facsimile No: 310-300-0267

/s/ *Rachel E. Montes*
RACHEL E. MONTES
Rachel@MontesLawGroup.com
Texas Bar No. 45005925
**MONTES LAW GROUP, PC**
1121 Kinwest Parkway, Ste. 100
Irving, TX 75063
Telephone No: 214-522-9401
Facsimile No: 214-522-9428

ATTORNEYS FOR PLAINTIFF SHI YIRU, AND THOSE SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

On December 24, 2020, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve the parties individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                              */s/ Blake J. Lindemann*
                                              Blake J. Lindemann